**COURTROOM MINUTES**:
The Honorable George C. Hanks, Jr. Presiding

Clerk, U.S. District Court
Southern District of Texas
Filed
JULY 2, 2014
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? **No**   ERO: **LYONS**
USPT/USPO: **D. HERNANDEZ**   OPEN: **11:10** ADJOURN: **11:19**

☒ OTHER DISTRICT  ☐ DIVISION **EASTERN DISTRICT OF LOUISIANA**   THEIR CASE# **14-84 MAG**

**PROCEEDING HELD:**
☒ Initial Appearance        ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing              ☐ Identity                          ☐ Hearing Continued on_____
☐ Detention Hearing         ☐ Preliminary Hearing               ☐ Other_____

CASE NUMBER  ☐ CR  X MJ  **4:14-MJ-649**    Defendant #**1**

AUSA: **ROB JONES**

**DAVID HUMPHRIES**        **LINDSAY BELLINGER AFPD ON DUTY**

☒ Date of arrest **7-2-2014**          XX- Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☒ Complaint
                                                        Violation of ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared   ☒ with  ☐ without counsel

☒ Defendant requests appointed counsel.           ☒ Financial Affidavit executed and sworn.
☒ Order appointing Federal Public Defender        ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED ☐ Defendant_____Released
☒ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ✓_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued        ☐ Bond reinstated     ☐ Bond Revoked
☒ Defendant ✓_____remanded to custody    ☐ M/W remanded to custody
☒ Defendant Ordered Removed to Originating District **EDLA**

Defendant ✓_____Waiver of ☐ Preliminary ☒ Identity ☐ Detention Hrg ☒ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment            ☐ Counsel Determination Hearing   ☐ Identity Hearing
    ☐ Detention Hearing      ☐ Preliminary Hearing             ☐ Final Revocation Hearing
    ☐ _____Hearing